# Court of Appeals
# of the State of Georgia

ATLANTA,  February 12, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1145.  COURTNEY TAYLOR HAMMOND v. THE STATE.**

Following a bench trial, the superior court found Courtney Hammond guilty of possession of a Schedule I controlled substance and possession of drug-related objects.  In August 2019, the superior court imposed a total sentence of three years on probation, and Hammond filed a timely motion for a new trial that same month. Hammond subsequently filed a motion to withdraw his motion for a new trial, and, on the same day, a notice of appeal.  We lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." And under OCGA § 5-6-38 (a), "[a] notice of appeal must be filed within 30 days of the judgment being appealed, or, if a motion for new trial is filed within 30 days of the judgment, 'the notice shall be filed within 30 days after the entry of the order granting, overruling, or otherwise finally disposing of the motion.'" *Hann v. State*, 292 Ga. App. 719, 719 (1) (665 SE2d 731) (2008) (quoting OCGA § 5-6-38 (a)). Hammond's notice of appeal – filed while his motion for a new trial and motion to withdraw his motion for a new trial remain pending before the superior court – is premature.  See *High v. State*, 282 Ga. 244, 244 n. * (647 SE2d 270) (2007).  "A notice of appeal filed while a motion for new trial is pending and unaccompanied by a proper certificate of immediate review does not confer jurisdiction in the appellate courts." *Hann*, 292 Ga. App. at 720 (1); see also OCGA § 5-6-34 (b).  Consequently, we lack jurisdiction over this premature appeal, which is hereby DISMISSED.

Upon entry of a trial court order that either denies Hammond's motion for a new trial or grants his motion to withdraw his motion for a new trial, the superior

court clerk is DIRECTED to re-transmit the appeal to this Court and to include a copy of this order in the record transmitted at that time.  See *Hann*, 292 Ga. App. at 720 (1) (a premature notice of appeal will ripen upon the filing of a trial court order granting, overruling, or otherwise disposing of a motion for a new trial, and an order granting a motion to withdraw a motion for a new trial constitutes an order "otherwise finally disposing of" a motion for a new trial under OCGA § 5-6-38 (a)).  Hammond need not file a second notice of appeal to obtain appellate review at that time.  See *High*, 282 Ga. at 244 n. *; *Hann*, 292 Ga. App. at 720 (1).



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  02/12/2020*
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*